UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

NECTALI VASQUEZ, on behalf of himself and all other persons similarly situated,

                Plaintiff,

           -against-                        Civ. No.: 19-CV-06750

7 STROMBOLI LLC d/b/a GINO'S OF NESCONSET,     (SJF)(ARL)
GUISEPPE LICATA, JR. and MICHAEL LICATA,

                Defendants.

----------------------------------------------------------------x

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

       It hereby is STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter is extended to and including January 31, 2020;

       It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that no previous requests for extension of the current putative deadline for Defendants to respond of December 31, 2019 have been made;

       It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that Defendants hereby waive any defenses based on alleged defects in service of process, and reserve all other defenses.

| LAW OFFICE OF PETER A. ROMERO PLLC | JACKSON LEWIS P.C. |
|---|---|
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |
| 825 Veterans Highway, Suite B | 58 South Service Rd., Ste. 250 |
| Hauppauge, New York  11788 | Melville, New York  11747 |
| (631) 257-5588 | (631) 247-0404 |

By:   s/                                   By:   s/                              
    PETER A. ROMERO, ESQ.        NOEL P. TRIPP, ESQ.

Dated: December 30, 2019                Dated: December 30, 2019

SO ORDERED on this ____ day of December, 2019

_____
United States District Judge

4818-1614-8399, v. 1